﻿Citation Nr: AXXXXXXXX
Decision Date: 09/26/19 Archive Date: 09/26/19

DOCKET NO. 190313-7159
DATE: September 26, 2019

REMANDED

Entitlement to service connection for posttraumatic stress disorder (PTSD), to include major depressive disorder is remanded.

REASONS FOR REMAND

The Board notes that the rating decision on appeal was issued in February 2019. In March 2019, the Veteran elected the modernized review system. 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)). 

The Veteran timely appealed this rating decision to the Board and requested direct review of the evidence considered by the Agency of Original Jurisdiction (AOJ).

The Veteran served on active duty in the United States Army from September 1978 to September 1986.

1. PTSD 

The issue of entitlement to service connection for PTSD is remanded to correct the following duty to assist error that occurred prior to the February 2019 rating decision. 

In January 2019, the Veteran attended a VA examination and received a diagnosis of PTSD. The examiner opined that the Veteran’s PTSD is at least likely as not related to his in-service stressor involving the shooting death of his neighbor. 

The February 2019 rating decision denied the Veteran’s claim based on lack of corroborating evidence to verify the claimed in-service stressor. The rating decision noted that in December 2018, the Veteran received a notification requesting he complete VA Form 21-0781 in order to provide the information necessary to verify his alleged stressors with Joint Service Records Research Center (JSRRC). Review of the records reveals that in December 2018, the Veteran did provide the requested VA Form 21-0781. The information provided by the Veteran included the location and date of his fellow soldier’s death; however, there is no indication that the Regional Office (RO) attempted to verify the stressor through an inquiry with JSRRC. 

The VA has a duty to search for records that would assist a Veteran in the development of his claim and for which the Veteran has provided the Secretary information sufficient to locate such records, which includes making as many requests as necessary and ends only when such a search would become "futile." See Gagne v. McDonald, 27 Vet. App. 397, 402-403 (2015). As such, a remand is necessary in order to verify the Veteran’s alleged in-service stressor. 

The matters are REMANDED for the following action:

1. Request that JSRRC or other appropriate repository, investigate and attempt to verify the Veteran's reports concerning the death of his neighbor on base housing at Fort Sill Army Base. 

The request to the JSRRC, or other appropriate sources should include casualty records from July 1985 to September 1985 for Fort Sill Army Base. 

If the search for corroborating information leads to negative results, notify the Veteran of this fact; explain the efforts taken to obtain this information, and describe any further action to be taken. If the record lacks sufficient information for verification purposes, such should be noted in a formal finding.

 

 

G. A. WASIK

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board S. A. Prinsen, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.